

# NUMBER 13-12-00426-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DOSETTA LEWIS,                                                          Appellant,

v.

MARION KEITH LEWIS,                                                    Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on January 25, 2013, for purposes of mediation per the parties' mediated settlement agreement. This cause is now before the Court on appellant's agreed motion to dismiss the appeal on grounds that the parties

have resolved their dispute in controversy by alternate dispute resolution and as a result, appellant no longer needs to prosecute her appeal. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
19th day of June,2014.